ALGOMA PLYWOOD & VENEER COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellants: *Quarles, Spence & Quarles,* attorneys, and *Kenneth P. Grubb* and *Jefferson D. Burrus* of counsel, all of Milwaukee.

For the respondents Industrial Commission and State of Wisconsin: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.

MEYER, Appellant, vs. THE MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Respondent.

For the appellant: *Michael Levin* of Milwaukee.

For the respondent: *Shaw, Muskat & Paulsen* of Milwaukee.

*By the Court.*—Judgment affirmed.

PLOWMAN, Receiver, Respondent, vs. LEIBER, Appellant.

For the appellant: *Woodward & May* of Madison.

For the respondent: *Grotophorst, Quale & Langer* of Baraboo.

*By the Court.*—Order affirmed.